# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SHAHNAWAZ MATHIAS,** | : | **CIVIL ACTION NO. 1:19-CV-430** |
| **Plaintiff** | : | (Chief Judge Conner) |
| v. | : | |
| **KIRSTJEN NIELSEN,** *et al.*, | : | |
| **Defendants** | : | |

## ORDER

By order dated July 8, 2019, the court directed plaintiff, within fifteen (15) days, to show cause why this action should not be dismissed for failure to serve the complaint within 90 days pursuant to Federal Rule of Civil Procedure 4(m). Plaintiff has failed to respond to the court's show cause order. Accordingly, it is hereby ORDERED that this matter is DISMISSED. The Clerk of Court is directed to CLOSE the file.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania

Dated: July 25, 2019